# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DARIAN JOHNSEY, et al.,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:18-cv-00643-MHH |
| } | |
| **BAL TK, L.L.C.,** } | |
| } | |
| **Defendants.** } | |

## FINAL ORDER

Consistent with the Memorandum Opinion approving the parties' FLSA settlement, the Court dismisses this action with prejudice, with attorneys' fees and costs to be paid in accordance with the parties' settlement agreement. The Court directs the Clerk to please close the file.

**DONE** and **ORDERED** this April 30, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE